FILED
CLERK, U.S. DISTRICT COURT

OCT 19 2010

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

1
2
3
4
5
6
7
8 **UNITED STATES DISTRICT COURT**
9 **CENTRAL DISTRICT OF CALIFORNIA**
10
11 UNITED STATES OF AMERICA, ) Case No. CR 10-2592M
) 
12 Plaintiff, )
) **ORDER OF DETENTION**
13 v. )
) **[Fed. R. Crim. P. 32.1(a)(6);**
14 AARON MICHAEL HENDRICKS, ) **18 U.S.C. § 3143(a)]**
)
15 Defendant. )
16 _____ )

17   The defendant, having been arrested in this District pursuant to a warrant issued by the

18 United States District Court for the Southern District of California for alleged violation(s) of the

19 terms and conditions of his probation/supervised release; and

20   The court, having conducted a detention hearing pursuant to Federal Rule of Criminal

21 Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), finds that:

22 A.  (X) The defendant has not met his/her burden of establishing by clear and convincing

23   evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This

24   finding is based on (1) his lack of bail resources; (2) his background information is

25   unverified; and (3) the instant allegations indicate that he is not amenable to supervision;

26   and (4) defendant submitted to detention request.

27   and/or

28

B.    ( )  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on:_____

_____

IT THEREFORE IS ORDERED, without prejudice, that the defendant be detained pending further revocation proceedings.

Dated: _____Oct. 19_____, 2010.

_____
Fernando M. Olguin
United States Magistrate Judge

2